OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458     FEB 25 2015

$ 00.26⁵

MAILED FROM ZIP CODE 78701

2/11/2015

PERKINS, WINSTON          Tr. Ct. No. 63092-A          WR-82,873-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

WINSTON PERKINS
BRAZORIA COUNTY JAIL
3602 COUNTY ROAD 45
ANGLETON, TX 77515          REF

AAWBS3B 77515